UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SALLY D. VILLAVERDE,<br><br>　　Petitioner<br><br>v.<br><br>WILLIAM HUTCHING,<br><br>　　Respondent | Case No.: 2:22-cv-01111-JAD-NJK<br><br>**Order Denying Motion for Leave to Proceed** *in Forma Pauperis*<br><br>[ECF No. 3] |

　　Petitioner Sally D. Villaverde has submitted a *pro se* 28 U.S.C. § 2241 habeas petition and a motion to proceed *in forma pauperis*.[1] Based on the current information about Petitioner's financial status, I find that he is able to pay the full fee.

　　IT IS THEREFORE ORDERED that the motion for leave to proceed *in forma pauperis* **[ECF No. 3] is DENIED.** Petitioner has until September 2, 2022, to have the $5.00 filing fee sent to the Clerk of Court, or this action may be dismissed.

　　IT IS FURTHER ORDERED that the Clerk of Court is directed to retain the petition (ECF No. 1-1) but not file it at this time.

　　Dated: July 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1] ECF Nos. 1-1, 3.